IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2008 DEC 19  P 1:59

Nutriapeoples Dillard (Pro Se Litigant)
P.O. Box 70008
Montgomery, AL 36107
**Plaintiff**

v.

2:08cv1006 mef

International Brotherhood of
Electrical Workers
**Defendant(s)**

Local 801
Union

## COMPLAINT

1. Plaintiff resides at 478 South Jackson St. Montgomery, AL. 36104

2. Defendant(s)' name(s) International Brotherhood of Electrical Worker Local

   Location of principal office(s) of the named defendant(s) System Council U-19 IBEW 844-F Hwy 31 South Alabaster, Alabama 35007.

   Nature of defendant(s)' business Assistant Business Manager

   Approximate number of individuals employed by defendant(s) 500 or more

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ___ Failure to employ me.
   2. ___ Termination of my employment.
   3. ___ Failure to promote me.
   4. _X_ Other acts as specified below: Failure to represent me for years of membership

1

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
      _X_ Not presently employed by the defendant. The dates of employment were _____. Employment was terminated because:
      (1) _X_ Plaintiff was discharged.
      (2) ____ Plaintiff was laid off.
      (3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ____ My race.
   B. ____ My religion.
   C. ____ My sex.
   D. ____ My national origin.
   E. _X_ Other, as specified below: Just wouldn't be me

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Phillip D Hamilton Hs. Business Manager

8. The alleged discrimination occurred on or about August 8, 2007.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: Refuse to fight for me. Even when I was discharge for no reason I came to work as I was told. And the doctor corrected the misstake his staff made and also put in the correction. If you need or have any question. Contact him. Before I was terminated.

10. The alleged illegal activity took place at August 8, 2007

2

11.  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

12.  I seek the following relief:

   A.  __X__ Recovery of back pay.
   B.  _____ Reinstatement to my former job,
and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: Dec 19, 2008

Signature of Plaintiff: Nutine Peoples Dillard

P.O. Box 70009
Montgomery, AL 36107
cell 233-4901 — 380-8034 hom
Address & Telephone Number of Plaintiff

3