IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| NUTINA PEOPLES DILLARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-1006-MEF |
| | )            WO |
| INTERNATIONAL BROTHERHOOD | ) |
| OF ELECTRICAL WORKERS, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on April 15, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) filed on April 6, 2009 is adopted;

3. The plaintiff's complaint is DISMISSED as it fails to state a claim that defendant breached its duty of fair representation.

DONE this the 30th day of April, 2009.

　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE