IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| NUTINA PEOPLES DILLARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  2:08-cv-1006-MEF |
| | )                WO |
| INTERNATIONAL BROTHERHOOD | ) |
| OF ELECTRICAL WORKERS, | ) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff and that this action is dismissed.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of April, 2009.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE